# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ROCK FERRONE AND MARCIA FERRONE, HIS WIFE, | : | No. 350 WAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HUNTINGTON BANKSHARES INC., | : | |
| HUNTINGTON NATIONAL BANK INC., | : | |
| HUNTINGTON NATIONAL BANK, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.